WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
LUCKY LUCY D LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>              Plaintiff,<br><br>vs.<br><br>LUCKY LUCY D LLC,<br><br>              Defendant. | Case No. 2:18-cv-00930-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff JOHN MEGGS ("Plaintiff") and Defendant LUCKY LUCY D LLC ("Defendant"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for July 6, 2018, for a period of 30 days, until August 6, 2018.[1]  This is the first stipulation for an extension of time to file the first responsive pleading.  This request is made in good faith and not to cause unnecessary delay as

/ / /

/ / /

/ / /

---

[1] The 30 day extension request falls on Sunday, August 5, 2018 so the next business day is August 6, 2018.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defense Counsel has recently been retained and needs sufficient time to prepare the responsive pleading.

Dated: July 3, 2018.

Respectfully submitted,

/s/ Robert P. Spretnak
**LAW OFFICES OF ROBERT P. SPRETNAK**
ROBERT P. SPRETNAK, ESQ.

Attorneys for Plaintiff
JOHN MEGGS

Dated: July 3, 2018.

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
**LITTLER MENDELSON, P.C.**
WENDY M. KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.

Attorneys for Defendant
LUCKY LUCY D LLC

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 6, 2018

Firmwide:155658737.1 999999.6640

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.