WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
LUCKY LUCY D LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>                       Plaintiff,<br><br>vs.<br><br>LUCKY LUCY D LLC,<br><br>                       Defendant. | Case No. 2:18-cv-00930-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiff JOHN MEGGS ("Plaintiff") and Defendant LUCKY LUCY D LLC ("Defendant"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for August 6, 2018, for a period of 30 days, until September 5, 2018.  This is the second stipulation for an extension of time to

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

file the first responsive pleading. This request is made in good faith and not to cause unnecessary delay as the parties are discussing resolution of this matter.

Dated: August 3, 2018.

Respectfully submitted,

*/s/ John P. Fuller, Esq.*
**LAW OFFICES OF ROBERT P. SPRETNAK**
ROBERT P. SPRETNAK, ESQ.

**FULLER, FULLER & ASSOCIATES, P.A.**
JOHN P. FULLER, ESQ., PRO HAC

Attorneys for Plaintiff
JOHN MEGGS

Dated: August 3, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
**LITTLER MENDELSON, P.C.**
WENDY M. KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.

Attorneys for Defendant
LUCKY LUCY D LLC

**IT IS SO ORDERED**

UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2018

Firmwide:156249366.1 098843.1001

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800