WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
LUCKY LUCY D LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCKY LUCY D LLC,<br><br>    Defendant. | Case No. 2:18-cv-00930-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[THIRD REQUEST]** |

  Plaintiff JOHN MEGGS ("Plaintiff") and Defendant LUCKY LUCY D LLC ("Defendant"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for September 5, 2018, for a period of 30 days, until October 5, 2018. The parties seek additional time as they are discussing resolution of this case and need sufficient time to complete that process. This is the third stipulation for an extension of time to file the first responsive pleading. This request is made in good faith and

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

not to cause unnecessary delay as the parties are mutually exploring resolution of this case through settlement.

Dated: August 31, 2018.　　　　　　　　　　　　　Dated: August 31, 2018.

Respectfully submitted,　　　　　　　　　　　　　Respectfully submitted,

*/s/ John P. Fuller, Esq.*　　　　　　　　　　　　　*/s/ Kaitlyn M. Burke, Esq.*
**LAW OFFICES OF ROBERT P. SPRETNAK**　　**LITTLER MENDELSON, P.C.**
ROBERT P. SPRETNAK, ESQ.　　　　　　　　　　WENDY M. KRINCEK, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　KAITLYN M. BURKE, ESQ.
**FULLER, FULLER & ASSOCIATES, P.A.**
JOHN P. FULLER, ESQ., PRO HAC

Attorneys for Plaintiff　　　　　　　　　　　　　　Attorneys for Defendant
JOHN MEGGS　　　　　　　　　　　　　　　　　　LUCKY LUCY D LLC

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that no further extensions will be allowed.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 13, 2018

Firmwide:156821630.1 098843.1001

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800