WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
LUCKY LUCY D LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCKY LUCY D LLC,<br><br>    Defendant. | Case No. 2:18-cv-00930-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FOURTH REQUEST]** |

  Plaintiff JOHN MEGGS ("Plaintiff") and Defendant LUCKY LUCY D LLC ("Defendant"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for October 5, 2018, for a period of 45 days, up to and including November 19, 2018.

  The parties seek additional time as they are discussing resolution of this case and need sufficient time to complete that process. This is the fourth stipulation for an extension of time to file the first responsive pleading. This request is made in good faith and not to cause unnecessary delay

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

as the parties are mutually exploring resolution of this case through settlement.

Dated: October 3, 2018.

Respectfully submitted,

*/s/ John P. Fuller, Esq.*
**LAW OFFICES OF ROBERT P. SPRETNAK**
ROBERT P. SPRETNAK, ESQ.

**FULLER, FULLER & ASSOCIATES, P.A.**
JOHN P. FULLER, ESQ., PRO HAC

Attorneys for Plaintiff
JOHN MEGGS

Dated: October 3, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
**LITTLER MENDELSON, P.C.**
WENDY M. KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.

Attorneys for Defendant
LUCKY LUCY D LLC

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that no further extensions will be allowed.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2018

FIRMWIDE:158028647.1 098843.1001

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.